JAMES W. BOTHWELL AND OTHERS v. BUCKBEE, MEARS COMPANY.[1]

December 10, 1926.

No. 25,987.

**Case Followed.**

Contract for insurance made by foreign company which had not complied with laws of Minnesota, although policy was issued in another state upon written application mailed from Minnesota, should not be enforced by Minnesota courts.   [Reporter].

Appeal and Error, 4 C. J. p. 1093 n. 77.

Plaintiffs appealed from the judgment of the district court for Ramsey county, Bechhoefer, J.   Affirmed.

*Oppenheimer, Dickson, Hodgson, Brown & Donnelly,* for appellants.

*Barrows & Metcalf,* for respondent.

PER CURIAM.

The plaintiffs appealed from a judgment entered on October 28, 1926, in the district court of Ramsey county pursuant to the order from which the appeal was made in Bothwell v. Buckbee, Mears Co. 166 Minn. 285, 207 N. W. 724.   The matter involved in this appeal was thoroughly considered in the former opinion.   Upon the authority of that opinion the judgment from which this appeal was taken is affirmed.

Affirmed.

[1]Reported in 211 N. W. 478.